UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

25-cv-938-ADM/DJF

CIVIL COVER SHEET

I. PLAINTIFFS

• Steve Salvador Ybarra

20470 Kensfield Trail

Lakeville, MN 55044

(612) 544-5700

Pro Se Litigant

**RECEIVED**

MAR 1 4 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

II. DEFENDANTS

• Honorable Judge David Lutz, in his official and individual capacity

• Michelle Ybarra

• Legal Assistance of Dakota County (LADC)

• Lydia Clemens, Guardian ad Litem

III. BASIS OF JURISDICTION

☑ Federal Question (28 U.S.C. § 1331) – The case involves issues under the U.S. Constitution and federal law, including:

• 42 U.S.C. § 1983 (Civil Rights Violation via State Action)

• Fourteenth Amendment (Due Process & Equal Protection Clauses)

• Title VI of the Civil Rights Act (42 U.S.C. § 2000d)

- 18 U.S.C. § 1343 (Wire Fraud)

## IV. NATURE OF SUIT (Check One)

☑ 440 – Civil Rights (Other)

☑ 890 – Other Statutory Actions

☑ 480 – Consumer Credit (Wire Fraud Allegations)

☑ 530 – Family Court & Custody Issues (Federal Review Requested)

## V. ORIGIN

☑ Original Proceeding – Plaintiff initiates this lawsuit directly in federal court.

## VI. REQUESTED IN COMPLAINT

- Injunctive relief staying Dakota County Family Court proceedings.

- $3,000,000 in damages for financial loss, emotional distress, and legal fees from Dakota County.

- Full legal and physical custody of Plaintiff's children due to civil rights violations and suppression of child abuse evidence.

- Investigation into judicial misconduct, collusion, and legal fraud by Defendants.

## VII. RELATED CASES IF ANY

- Case No. 19AV-FA-24-839 (Federal Injunction Motion Pending)

Dated: March 13, 2025

Respectfully submitted,

*Steve Ybarra*

Steve Salvador Ybarra

Pro Se Litigant

20470 Kensfield Trail

Lakeville, MN 55044

(612) 544-5700

Steve.Ybarra81@icloud.com